J-S40007-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ROY HOLLOWAY | |
| Appellant | No. 3359 EDA 2015 |

Appeal from the PCRA Order October 21, 2015
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-1007581-1977

BEFORE:  BOWES, MUNDY AND MUSMANNO, JJ.

JUDGMENT ORDER BY BOWES, J.:                    **FILED JUNE 08, 2016**

Roy Holloway appeals from the denial of his fifth petition seeking post-conviction relief.  We affirm.

On December 6, 1978, a jury convicted Appellant of first degree murder, conspiracy, and possession of an instrument of crime.  On February 13, 1975, Appellant shot and killed Hattie Jones when she was unable to satisfy a debt.  Appellant was sentenced to life imprisonment, which was affirmed.  *Commonwealth v. Holloway*, 425 A.2d 741 (Pa. 1981).  Appellant was denied relief under the now-repealed Post Conviction Hearing Act, and we affirmed.  *Commonwealth v. Holloway*, 505 A.2d 1032 (Pa.Super. 1985) (unpublished memorandum).  Appellant then filed three PCRA petitions.  On appeal from the denial of the third one, we concluded

that it was untimely. *Commonwealth v. Holloway*, 739 A.2d 587 (Pa.Super. 1999) (unpublished memorandum).

Appellant filed the present PCRA petition on May 13, 2015. It was dismissed as untimely, and, on appeal, Appellant invokes the newly discovered facts exception to the one-year time bar. Appellant's brief at 4. Our "standard of review of the denial of a PCRA petition is limited to examining whether the evidence of record supports the court's determination and whether its decision is free of legal error." *Commonwealth v. Smith*, 121 A.3d 1049, 1052 (Pa.Super. 2015). A defendant's claim falls within the newly discovered facts exception when he "can establish that the facts upon which his claim is predicated were unknown to him and could not have been discovered through the exercise of due diligence." *Commonwealth v. Watts*, 23 A.3d 980, 984 (Pa. 2011). Herein, Appellant's newly discovered facts are that: 1) the trial court did not administer an oath to a witness; and 2) the trial court failed to certify transcripts.

We agree with the PCRA court that Appellant failed to establish that he was duly diligent in discovering these facts regarding the state of the record, which has been in existence for over thirty-seven years. We affirm based on the well-reasoned December 1, 2015 opinion of the Honorable Jeffrey P. Minehart.

Order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/8/2016